# EXHIBIT 1



Analysis of District D4
Lenox / Camden

Prepared by the
Boston Regional Intelligence Center

0 0.075 0.15   0.3   0.45   0.6
Miles



A1

I-90

9  9

D4

I-93

I-93

28

28

28

C6

| Low Density |
| High Density |

**District D4 - Lenox / Camden**
**2014 & 2015 Shootings**

BOSTON REGIONAL
INTELLIGENCE CENTER

BRIC

D4 - 31
Lenox / Camden Area - 7

0   0.125  0.25        0.5            0.75
Miles

N
W        E
S



District D4 - Lenox / Camden
2014 & 2015 Shots Fired
w/ Ballistics Recovered

BOSTON REGIONAL
INTELLIGENCE CENTER
BRIC

0   0.125  0.25        0.5        0.75
                                   Miles



District D4 - Lenox / Camden
2014 & 2015 Robbery

BOSTON REGIONAL
INTELLIGENCE CENTER
BRIC

Low Density

High Density

0   0.125  0.25        0.5            0.75
Miles



Low Density

High Density

A1

D4

C6

B2

District D4 - Lenox / Camden
2014 & 2015
Firearm Arrests

BOSTON REGIONAL
INTELLIGENCE CENTER

BRIC

0   0.125  0.25      0.5      0.75
                                Miles

*\*Firearm Arrest data includes default warrant arrests for past Firearm charges and arrests for Assault by Means of a Firearm where no gun is recovered, in addition to straight firearm arrests with a gun recovery.\**



**District D4 - Lenox / Camden
2014 & 2015
Drug Arrests**

BOSTON REGIONAL
INTELLIGENCE CENTER

**BRIC**

Low Density

High Density

0   0.125  0.25        0.5             0.75
Miles

*\*\*Drug Arrest data includes default warrant arrests for past Drug charges. \*\**