# EXHIBIT 2



Rasean Hills

0:40 / 3:05

waxhug
swm

# Southside - Flames Bonds feat Southside Nitty - Waxhug Films - Official

WaxhugFilms

Subscribe   1,566

4,754

Add to    Share    More

Published on Jul 19, 2014
Music Video by Flames Bond performing "Southside" featuring Southside Nitty directed by Waxhug Films



Frank Melo

Ellis
Santos

Hills

Stephen
Freeman

0:49 / 3:05



# Southside - Flames Bonds feat Southside Nitty - Waxhug Films - Official

WaxhugFilms

Subscribe

More actions

4,754

Add to    Share    ••• More

63    1

Published on Jul 19, 2014

Music Video by Flames Bond performing "Southside" featuring Southside Nitty directed by Waxhug Films



Anthony Nunez



## Southside - Flames Bonds feat Southside Nitty - Waxhug Films - Official

WaxhugFilms

Subscribe  1,566

4,754

Add to    Share    More                                                    83    1

Published on Jul 19, 2014
Music Video by Flames Bond performing "Southside" featuring Southside Nitty directed by Waxhug Films

Facebook: Flames Bond ssmg

SHOW MORE



## Southside - Flames Bonds feat Southside Nitty - Waxhug Films - Official



WaxhugFilms

Subscribe  1,566

4,754

Add to        Share        More                                                    83        1

Published on Jul 19, 2014
Music Video by Flames Bond performing "Southside" featuring Southside Nitty directed by Waxhug Films

Facebook: Flames Bond ssmg

SHOW MORE



Stephen
Freeman

Rasean Hills

1:18 / 3:05

outhside – Flames Bonds feat Southsid



## Southside - Flames Bonds feat Southside Nitty - Waxhug Films - Official



Published on Jul 19, 2014
Music Video by Flames Bond performing "Southside" featuring Southside Nitty directed by Waxhug Films

Facebook: Flames Bond ssmg

SHOW MORE



Southside - Flames Bonds feat Southside Nitty - Waxhug Films - Official

WaxhugFilms



4,754

Published on Jul 19, 2014

Music Video by Flames Bond performing "Southside" featuring Southside Nitty directed by Waxhug Films

Facebook: Flames Bond ssmg

SHOW MORE



Ellis Santos

2:23 / 3:05

## Southside - Flames Bonds feat Southside Nitty - Waxhug Films - Official



WaxhugFilms

Subscribe   1,586

4,754

Add to    Share    More

👍 63   👎 1

Published on Jul 19, 2014
Music Video by Flames Bond performing "Southside" featuring Southside Nitty directed by Waxhug Films

Facebook: Flames Bond ssmg

SHOW MORE



## Southside - Flames Bonds feat Southside Nitty - Waxhug Films - Official



Published on Jul 19, 2014
Music Video by Flames Bond performing "Southside" featuring Southside Nitty directed by Waxhug Films

Facebook: Flames Bond ssmg